PER CURIAM.
Affirmed. Bowen v. Bowen, 471 So.2d 1274 (Fla.1985); Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Weinstein v. Steele, 590 So.2d 1005 (Fla. 3d DCA 1991); Bergstrom v. Bergstrom, 559 So.2d 82 (Fla. 3d DCA), rev. denied, 574 So.2d 139 (Fla.1990); Gustafson v. Jensen, 515 So.2d 1298 (Fla. 3d DCA 1987); O’Neal v. O’Neal, 410 So.2d 1369 (Fla. 5th DCA 1982).